# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 02-5025-01-CR-SW-GAF |
| THOMAS SMITH, ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is defendant's Motion to Dismiss Government's Notice of Intent to Seek the Death Penalty and defendant's Motion to Declare the Federal Death Penalty Act Unconstitutional Based on *Ring v. Arizona*.

On October 27, 2005, United States Magistrate Judge James C. England issued his Report and Recommendation. No objections were filed by defendant.

Upon careful and independent review of the pending motions, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that defendant's Motion to Dismiss Government's Notice of Intent to Seek the Death Penalty and defendant's Motion to Declare the Federal Death Penalty Act Unconstitutional Based on *Ring v. Arizona* are overruled and denied.

IT IS SO ORDERED.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: November 18, 2005